FILED
2011 Oct-12 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WAYLEN CRAIG BRADFORD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:11-cv-00564-LSC-HGD |
| ) | |
| CHIEF JAILER JAMES BAKER, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

**PARTIAL ORDER OF DISMISSAL**

The magistrate judge filed a report and recommendation on July 27, 2011, recommending that plaintiff's claims against Chief Jailer James Baker, Corporal Courtney Ransom, Sheriff Gene Mitchell, Officer Tim Flanigan, Dr. Johnny Bates and the Nursing Staff be dismissed. It was further recommended that plaintiff's claim against Sgt. Tom Watson, alleging he withheld the plaintiff's legal mail and denied him access to a law library, be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the

magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims and all defendants in this action, except plaintiff's claim against Sgt. Tom Watson that he withheld the plaintiff's legal mail and denied him access to a law library, are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is further ORDERED that plaintiff's claim against Sgt. Tom Watson is REFERRED to the magistrate judge for further proceedings.

Done this 12th day of October 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458