UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WAYLEN CRAIG BRADFORD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:11-cv-00564-LSC-HGD |
| ) | |
| CHIEF JAILER JAMES BAKER, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 18, 2012, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed without prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be

GRANTED and this action is due to be DISMISSED WITHOUT PREJUDICE.  A Final Judgment will be entered.

Done this 6th day of July 2012.

/s/ L. Scott Coogler
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458